```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

                      Plaintiff,

-v-

Jomashop Inc.,

                      Defendant.

No. 21-cv-10026 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at the telephone conference held today, the Court denies Defendant Jomashop Inc.'s motion to dismiss. Pursuant to the Court's Mediation Referral Order issued on February 9, 2022, the parties shall make a good-faith effort to participate in the Court-annexed Mediation Program. The parties shall file a joint status letter with the Court within three days of the mediation, and discovery shall be stayed pending the outcome of the mediation.

    The Clerk of Court is respectfully directed to terminate the motion pending at docket number 18.

SO ORDERED.

Dated:    November 29, 2022
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge